# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | |
| *EX PARTE* APPLICATION OF ) | |
| BANCO MERCANTIL DE ) | |
| NORTE, S.A., INSTITUCIÓN DE ) | |
| BANCA MÚLTIPLE, GRUPO ) | |
| FINANCIERO BANORTE and ) | |
| ARRENDADORA Y FACTOR ) | |
| BANORTE, S.A. DE C.V., SOCIEDAD ) | |
| FINANCIERA DE OBJETO MÚLTIPLE, ) | |
| GRUPO FINANCIERO BANORTE, ) | |
| Applicants, ) | Misc. Case No.: 3:23-mc-8 |
| FOR ORDER PURSUANT TO ) | |
| 28 U.S.C. § 1782 TO OBTAIN ) | |
| DISCOVERY IN AID OF ) | |
| FOREING PROCEEDINGS ) | |

---

### *EX PARTE* APPLICATION OF BANCO MERCANTIL DE NORTE, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO BANORTE AND ARRENDADORA Y FACTOR BANORTE, S.A. DE C.V., SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, GRUPO FINANCIERO BANORTE FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

---

Applicants Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte ("Banorte") and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte ("Banorte A&F" and, together with Banorte, the "Banorte Parties") submit this *ex parte* Application to the Court under 28 U.S.C. Section 1782 for an order requiring Cartograf USA, Inc. ("Cartograf USA"), Timmons Group, Inc. ("Timmons Group"), and the Economic Development Authority of the County of Chesterfield (the

"EDA") to produce relevant and necessary documentary and/or testimonial evidence for use in ongoing and forthcoming proceedings in Mexico, relating to a scheme perpetrated by Juan José Páramo Riestra and Cartograf, S.A. de C.V. to defraud the Banorte Parties.

Because Cartograf USA, Timmons Group, and the EDA are residents of Virginia and are outside the reach of Mexican courts, the requested evidence can only be obtained through this Application. The statutory requirements of Section 1782 and the discretionary factors enumerated by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004) are all met here, and the Court should therefore grant this Application.

Dated: July 17, 2023

Respectfully submitted,

HOGAN LOVELLS US LLP

*/s/ Kellie Majcher*
Kellie Majcher (VSB# 96162)
Hogan Lovells US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
Kellie.Majcher@hoganlovells.com

Richard C. Lorenzo (*pro hac vice* forthcoming)
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6550
Facsimile: (305) 459-6550
Richard.Lorenzo@hoganlovells.com

*Counsel for Banorte Mercantil de Norte, S.A., Institución de Banca Mútiple, Grupo Financiero Banorte; and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte*