# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: )<br>*EX PARTE* APPLICATION OF )<br>BANCO MERCANTIL DE )<br>NORTE, S.A., INSTITUCIÓN DE )<br>BANCA MÚLTIPLE, GRUPO )<br>FINANCIERO BANORTE and )<br>ARRENDADORA Y FACTOR )<br>BANORTE, S.A. DE C.V., SOCIEDAD )<br>FINANCIERA DE OBJETO MÚLTIPLE, )<br>GRUPO FINANCIERO BANORTE, )<br>           Applicants, )<br>FOR ORDER PURSUANT TO )<br>28 U.S.C. § 1782 TO OBTAIN )<br>DISCOVERY IN AID OF )<br>FOREIGN PROCEEDINGS ) | No.: _____ |

## **[PROPOSED] ORDER**

This matter came before the Court on the *Ex Parte* Application of Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte, and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte (the "Applicants") for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings (the "Application"), in aid of actions pending in Mexico. The Applicants seek to issue subpoenas for documents and testimony to Cartograf USA, Inc., and seek to issue subpoenas for documents to Timmons Group, Inc., and the Economic Development Authority of the County of Chesterfield (collectively, the "Respondents"). All of the Respondents are individuals believed to reside in this District. In addition to the Application, the Court has considered Applicants'

memorandum of law in support of the Application, and the exhibits and declarations attached thereto.

This Court is authorized by 28 U.S.C. § 1782 to order a person to give testimony or produce documents for use in a foreign or international tribunal if: (1) the person from whom discovery is sought resides or is found in the district of the district court to which application is made; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by a foreign or international tribunal or an interested person.  In determining whether to order such discovery the Court considers the following factors: (1) whether the person from whom discovery is sought is a participant in the foreign or international proceeding; (2) the receptivity of the international tribunal to receiving such evidence; (3) whether the application is an attempt to circumvent proof gathering restrictions; and (4) whether the requested discovery is unduly intrusive of burdensome.  *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 264-65 (2004).

This Court has determined that the foregoing factors have been satisfied for issuance of the Order requested.  Accordingly, it is hereby Ordered that the Subpoenas on Cartograf USA, Inc.; Timmons Group, Inc.; and the Economic Development Authority of the County of Chesterfield may be issued and served.

_____

Dated: July ____, 2023